**139 CRITTENDEN (Guardian) vs. CIRCUIT JUDGE (Macomb), No. 13858, 97 M., 637.**

To vacate an order dismissing an appeal from an order of the Probate Court, admitting a will to probate.

Denied Dec. 13, 1893, with costs, on the ground that relator had a remedy by certiorari, which had been lost by lapse of time, and mandamus will not be granted to extend the time beyond that limited for bringing certiorari.   See No. 146.